Christina M. Mamer
Nevada Bar No. 13181
cmamer@wshblaw.com
Wood, Smith, Henning & Berman LLP
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for ASC OPERATIONS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA M. GANNON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ASC OPERATIONS, LLC, a a Domestic Limited-Liability Company; and DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00533-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED and AGREED to by PLAINTIFF CHRISTINA M. GANNON and Defendant, ASC OPERATIONS, LLC by and through their respective counsel of record, that ASC OPERATIONS, LLC have an extension to file an Answer or other responsive pleading to Plaintiff's Complaint by July 6, 2018.

DATED this 21st day of June, 2018.

**HATFIELD & ASSOCIATES**

By: */s/ Trevor J. Hatfield*
      ───────────────────────────
TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
703 S. Eighth Street
Las Vegas, NV 89101
Tel: 702.388.4469
Attorneys for Plaintiff, CHRISTINA M. GANNON

**WOOD, SMITH, HENNING & BERMAN LLP**

By: */s/ Christina M. Mamer*
      ───────────────────────────
CHRISTINA M. MAMER
Nevada Bar No. 13181
7674 West Lake Mead Blvd., Suite 150
Las Vegas, Nevada 89128-6644
Tel: 702.251.4100
Attorneys for Defendant, ASC OPERATIONS, LLC

**IT IS SO ORDERED.**

_____
U.S. Magistrate Judge

6-25-2018
_____
Date