# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHRISTINA M. GANNON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASC OPERATIONS, LLC,<br><br>　　　　Defendant. | 2:18-CV-00533-KJD-VCF<br><br>**ORDER** |

Before the court are Plaintiff's Motion to Withdraw Admission Responses (ECF NO. 21) and Plaintiff's Motion to Compel Defendant to Substantively Written Discovery Requests and for Sanctions (ECF No. 22).

Accordingly,

IT IS HEREBY ORDERED a hearing on Plaintiff's Motion to Withdraw Admission Responses (ECF NO. 21) and Plaintiff's Motion to Compel Defendant to Substantively Written Discovery Requests and for Sanctions (ECF No. 22) is scheduled for 10:30 AM, May 7, 2019, in Courtroom 3D.

DATED this 29th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE