Janice M. Michaels
Nevada Bar No. 6062
jmichaels@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@washblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for ASC OPERATIONS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINA M. GANNON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ASC OPERATIONS, LLC, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-CV-00533-KJD-VCF<br><br>**MOTION TO CONTINUE MAY 7, 2019 HEARING DATE** |

### MOTION TO CONTINUE MAY 7, 2019 HEARING DATE

Defendant, ASC OPERATIONS, LLC ("Defendant"), by and through its attorney of record, the law firm of WOOD SMITH HENNING & BERMAN, LLP hereby moves to extend the hearing set for May 7, 2019 regarding Plaintiff's Motion to Withdraw Admission Responses and Plaintiff's Motion to Compel Defendant to Substantively Written Discovery Requests and for Sanctions [ECF 26] . The undersigned Defendant Counsel is unavailable on May 7, 2019 due a mediation at 9:00 a.m. on another matter with the Honorable Jackie Glass (Retired), which has been set since the beginning of the year. This request is made in good faith and not being for purposes of delay.

Defendant's Counsel has communicated with Plaintiff's Counsel, Trevor Hatfield, who has confirmed that he has no opposition to moving the hearing date to another mutually available date.

Based on the foregoing, Defendant respectfully request that the Court extend the May 7, 2019 hearing date to another mutually-available date.

DATED: April 30, 2019                WOOD, SMITH, HENNING & BERMAN LLP

By: _____*/s/ Christina M. Mamer*_____
JANICE M. MICHAELS
CHRISTINA M. MAMER
Attorneys for ASC OPERATIONS, LLC

IT IS HEREBY ORDERED that the hearing scheduled for May 7, 2019, is VACATED, and RESCHEDULED to 1:00 PM, May 9, 2019, in Courtroom 3D.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5-1-2019

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2019, a true and correct copy **MOTION TO CONTINUE MAY 7, 2019 HEARING DATE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By */s/ Christina M. Mamer*
Christina M. Mamer, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

LEGAL:10365-0046/11489730.1 -3- Case No. 2:18-CV-00533-KJD-VCF
MOTION TO EXTEND MAY 7, 2019 HEARING DATE