Janice M. Michaels
Nevada Bar No. 6062
jmichaels@wshblaw.com
Christina M. Mamer
Nevada Bar No. 13181
cmamer@washblaw.com
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405

Attorneys for ASC OPERATIONS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINA M. GANNON, an individual, | Case No. 2:18-CV-00533-KJD-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| ASC OPERATIONS, LLC, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendant, ASC OPERATIONS, LLC and Plaintiff, CHRISTINA M. GANNON, by and through their respective counsel of record, hereby stipulate and agree to and jointly move this Honorable Court to dismiss this matter, in its entirety, with prejudice. All parties waive any claims to interest and agree to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

**IT IS SO STIPULATED.**

DATED this 28th day of June, 2019.

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*
_____
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 S. Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff, Christina Gannon*

DATED this 28th day of June, 2019.

**WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Christina M. Mamer*
_____
Janice M. Michaels, Esq.
Nevada Bar No. 6062
Christina M. Mamer
Nevada Bar No. 13181
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020

*Attorneys for ASC Operations, LLC*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT COURT JUDGE**

_7/1/2019_____
**DATE**

1 **CERTIFICATE OF SERVICE**

2 I hereby certify that on this 28th day of June, 2019, a true and correct copy of **STIPULATION**

3 **AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** was served via the

4 United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Michelle N. Ledesma*
Michelle N. Ledesma, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP